650

176 So. 924

**J. W. McCONNELL v. W. E. McWILLIAMS.**

**6 Div. 182.**

Court of Appeals of Alabama.
Oct. 26, 1937.

McEniry & McEniry, of Bessemer, for appellant.

L. H. Etheridge, of Bessemer, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed by consent.

186 So. 921

**Clarence McCORD v. STATE.**

**7 Div. 379.**

Court of Appeals of Alabama.
Jan. 17, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.

182 So. 925

**W. W. McCRORY v. STATE.**

**4 Div. 412.**

Court of Appeals of Alabama.
June 14, 1938.

Sollie & Sollie, of Ozark, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed by appellant.

184 So. 917

**Sonnie Boy McDUFFIE v. STATE.**

**4 Div. 437.**

Court of Appeals of Alabama.
Nov. 1, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

184 So. 918

**Sonnie Boy McDUFFIE v. STATE.**

**4 Div. 439.**

Court of Appeals of Alabama.
Nov. 1, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

184 So. 918

**Willie McDUFFIE v. STATE.**

**4 Div. 436.**

Court of Appeals of Alabama.
Nov. 15, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.